

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Pius Okafor, John Okafor, Jenny Ogadi, Nelson Ilodigwe, Sylvester
Arubaleze, and Anambra State Community in Houston **V.** Anambra
State Community, Houston

Appellate case number:   01-12-00562-CV

Trial court case number:  2010-76740

Trial court:             295th District Court of Harris County

Date motion filed:       September 13, 2013

Party filing motion:     Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
                              ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale

Date:  September 24, 2013